UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24307-Civ-COOKE/TURNOFF

LEONARDO CAVERO
and LIDIA CAVERO,

    Plaintiffs,

vs.

ONE WEST BANK FSB, INDYMAC MORTGAGE
SERVICES, CHOICE LEGAL GROUP PA, FAITH
DOMINIQUE EVERETT ESQ, ERIC DUENAS ESQ,
JANE DOE ESQ, GEORGE KAMUCK, FOREST
MCKNIGHT, and SUCHAN MURRAY,

    Defendants.
_____/

### ORDER DISMISSING DEFENDANTS WITHOUT PREJUDICE

    THIS MATTER is before me on Plaintiff's Amended Notice of Voluntary Dismissal as to Defendants Suchan Murray, Forest McKnight, and George Kamuck (ECF No. 51). Having reviewed the Amended Notice of Voluntary Dismissal, the record, and the relevant legal authorities, it is hereby **ORDERED and ADJUDGED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Defendants Suchan Murray, Forest McKnight, and George Kamuck are **DISMISSED** *without prejudice* from this case. The Clerk of Court shall **TERMINATE** Defendants Suchan Murray, Forest McKnight, and George Kamuck from this case. All pending motions involving Defendants Suchan Murray, Forest McKnight, and George Kamuck, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers at Miami, Florida, this 4TH day of March 2014.

                                  *[signature: Marcia G. Cooke]*
                                  MARCIA G. COOKE
                                  United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*