IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No.: 13-24307-civ- COOKE/TURNOFF

LEONARDO CAVERO
LIDIA CAVERO,

Plaintiff,

-v-

ONE WEST BANK FSB
INDYMAC MORTGAGE SERVICES
CHOICE LEGAL GROUP PA
FAITH DOMINIQUE EVERETT ESQ, Individually
ERIC DUENAS ESQ, Individually
JANE DOE ESQ, Individually
GEORGE KAMUCK, Individually
FOREST MCKNIGHT, Individually
SUCHAN MURRAY, Individually,

Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## AS TO COUNT VI AGAINST ALL DEFENDANTS

Plaintiffs Leonardo Cavero and Lidia Cavero pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notify the Court that they voluntarily dismiss without prejudice Count VI (Intentional Infliction of Emotional Distress) of their Amended Complaint as to as all Defendants. None of the Defendants have answered the Amended Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, dismissal of Count VI as to all Defendants is permitted by Fed. R. Civ. P. 41 (a)(1)(A)(i) without a Court Order.

Respectfully submitted this 27th day of August, 2014.

By: /s/ Jennie G. Farshchian, Esq.
JENNIE G. FARSHCHIAN
Attorney for Plaintiffs
FL Bar No. 89793
Jurado & Farshchian, P.L.
12955 Biscayne Blvd. Suite 328
North Miami, Florida 33181
Telephone: (305)921-0440
Facsimile: (305)921-0438
Jennie@jflawfirm.com

## CERTIFICATE OF SERVICE

I, Jennie G. Farshchian, attorney for the Plaintiffs certify that on August 27, 2014, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system.

s/Jennie G. Farshchian
Jennie G. Farshchian, Esq.
FL Bar No. 89793
Email: Jennie@jflawfirm.com
Jurado & Farshchian, P.L.
12955 Biscayne Blvd. Suite 328
North Miami, Florida 33181
Telephone: (305)921-0440
Facsimile: (305)921-0438

Attorney for Plaintiffs Leonardo and Lidia Cavero

## SERVICE LIST

Richard Vann Jr., Esq.
Holly Cannon
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

*Attorneys for Defendants One West Bank FSB and IndyMac Mortgage Services*

Robert Alan Bouvatte, Jr., Esq.
Conroy, Simberg, Ganon Krevans & Abel
3440 Hollywood Blvd., 2nd Floor
Hollywood, Florida 33021
rbouvatte@conroysimberg.com

*Attorneys for Defendants Faith Dominique Everett, Choice Legal Group, and Jane Doe*

Cory W. Eichhorn, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard Suite 2000
Fort Lauderdale, FL 33301
eichhornc@gtlaw.com
*Attorneys for Defendants George Kamuck, Forest McKnight, and Suchan Murray*