UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24307-Civ-COOKE/TORRES

LEONARDO CAVERO
and LINDA CAVERO,

      Plaintiffs,

vs.

ONE WEST BANK FSB, INDYMAC
MORTGAGE SERVICES, CHOICE LEGAL
GROUP PA FAITH DOMINIQUE EVERETTE, ESQ.,
ERIC DUENAS, JANE DOE, GEORGE KAMUCK,
FOREST MCKNIGHT and SUCHAN MURRAY,

      Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS**

**THIS MATTER** is before me upon Defendants IndyMac Mortgage Services and OneWest Bank's Motion to Dismiss (ECF No. 39), Defendant OneWest Bank's Motion to Dismiss (ECF No. 40), and Defendants Choice Legal Group, P.A., Faith Dominique Everett, and Jane Doe's Motion to Dismiss Amended Complaint (ECF No. 45).

Plaintiffs Leonardo Cavero and Linda Cavero filed their Notice of Voluntary Dismissal against Defendant IndyMac Mortgage Services (ECF No. 64). Therefore, pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(i), Defendant IndyMac Mortgage Services is **DISMISSED** *without prejudice*. Defendants IndyMac Mortgage Services and OneWest Bank's Motion to Dismiss (ECF No. 39) is **DENIED** *as moot*.

Plaintiffs Leonardo Cavero and Linda Cavero filed their Notice of Voluntary Dismissal as to Count VI against All Defendants (ECF No. 65). Accordingly, pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(i), Count VI of Plaintiff's Amended Complaint (ECF No. 11) is **DISMISSED** *without prejudice* as to all Defendants.

Having reviewed Defendant OneWest Bank's Motion to Dismiss and Defendants Choice Legal Group, P.A., Faith Dominique Everett, and Jane Doe's Motion to Dismiss Amended Complaint, Plaintiff's Responses thereto (ECF Nos. 55, 56), Defendants' Replies in Support of their Motions to Dismiss (ECF No. 33), the record, the relevant legal

authority, and the argument of counsel at the Motion Hearing held on August 27, 2014, it is hereby **ORDERED and ADJUDGED** that Defendant OneWest Bank's Motion to Dismiss (ECF No. 40), and Defendants Choice Legal Group, P.A., Faith Dominique Everett, and Jane Doe's Motion to Dismiss Amended Complaint (ECF No. 45) are **GRANTED** for the reasons stated in open Court. Plaintiff's Amended Complaint (ECF No. 11) is **DISMISSED** *with prejudice*. The Clerk of Court shall **CLOSE** this case. All remaining motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of August 2014.

                                  */s/ Marcia G. Cooke*
                                  MARCIA G. COOKE
                                  United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*