


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LEONARDO CAVERO
LIDIA CAVERO
    Plaintiffs

Case No.: 13-24307-civ- COOKE/TORRES

-v-

ONE WEST BANK FSB
INDYMAC MORTGAGE SERVICES
CHOICE LEGAL GROUP PA
FAITH DOMINIQUE EVERETT ESQ, Individually
ERIC DUENAS ESQ, Individually
JANE DOE ESQ, Individually
GEORGE KAMUCK, Individually
FOREST MCKNIGHT, Individually
SUCHAN MURRAY, Individually
    Defendants

## NOTICE OF APPEAL

Notice is hereby given that Leonardo Cavero and Lidia Cavero, Plaintiffs in the above styled case, appeal to the United States Court of Appeals for the Eleventh Circuit from the U. S. District Court for the Southern District of Florida's Order (DE 66) granting Defendants' ONE WEST BANK FSB, CHOICE LEGAL GROUP PA, FAITH DOMINIQUE EVERETT ESQ and JANE DOE ESQ Motion to Dismiss Plaintiffs' Amended Complaint (DE 40 and 45) and also Dismissing Plaintiff's Amended Complaint (DE 11).

Respectfully submitted                        September 26, 2014

Leonardo and Lidia Cavero

1

14933 SW 179 ST

MIAMI FL 33187

Phone #:305-510-3564

Email:leoadi11@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly this 26th day of September 2014 to the parties listed below.

Richard Vann Jr., Esq.

Holly Cannon

Bradley Arant Boult Cummings LLP

One Federal Place

1819 Fifth Avenue North

Birmingham, AL 35203-2119

Attorneys for Defendants One West Bank FSB and IndyMac Mortgage Services

Robert Alan Bouvatte, Jr., Esq.

Dale Lyn Friedman, Esq.

Conroy, Simberg, Ganon Krevans & Abel

3440 Hollywood Blvd., 2nd Floor

Hollywood, Florida 33021

rbouvatte@conroysimberg.com

dfriedman@conroysimberg.com

Attorneys for Defendants Faith Dominique Everett, Choice Legal Group, P.A., and Jane Doe